# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEONARD, | CV F 06-1546 LJO DLB HC |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE |
| v. | |
| SCRIBNER, WARDEN, et.al., | [Doc. 9] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 27, 2007, the Magistrate Judge issued a Report and Recommendation recommending that the Petition for Writ of Habeas Corpus be DISMISSED for failure to prosecute. The Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] In fact on March 26, 2007, the Report and Recommendation was returned to the Court with a notation "NOT DELIVERABLE AS ADDRESSED." (Court Doc. 10.) Pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address. Absent such notice, service of documents at the prior address of record of the party is effective service. Local Rule 83-182(f).

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation issued February 27, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED; and
3. The Clerk of the Court is DIRECTED to close this action. This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 8, 2007**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE